ACCEPTED
01-14-01026-CV
FIRST COURT OF APPEALS
6/3/2015 5:23:09 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5536824
By: CHRISTOPHER PRINE
Filed: 6/3/2015 5:23:09 PM

CAUSE NO. 2009-04966

| | | |
|---|---|---|
| MARC JAN LEVESCONTE | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | HARRIS COUNTY, TEXAS |
| ENSIGN SERVICES, L.L.C. | § | |
| (f/k/a FE SERVICES, L.L.C.), | § | |
| d/b/a FOXXE ENERGY SERVICES, L.L.C., | § | |
| FE SERVICES HOLDINGS, INC., and | § | |
| JAMES STEWART | § | |
| | § | |
| Defendants. | § | 333rd JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TX
6-5-15
CHRISTOPHER A. PRINE,
CLERK

## DEFENDANTS' SUPPLEMENTAL REQUEST FOR CLERK'S RECORD AND REQUEST FOR EXPEDITED SUBMISSION

Defendants Ensign Services, L.L.C. (f/k/a FE Services, L.L.C.), FE Services Holdings, Inc., and James Stewart (collectively, "Defendants") file this Supplemental Request for Clerk's Record and Request for Expedited Submission and respectfully request the record be supplemented as follows:

On January 1, 2015, Defendants requested that copies of Clerk's record, as required under Texas Rule of Appellate Procedure 34.5(a), be provided to the First Court of Appeals ("Appellate Court") by January 27, 2015. *See* **Exhibit A**. On or about March 12, 2015, the District Court submitted the record to the Appellate Court. *See* **Exhibit B**. On June 2, 2015, Defendants' counsel discovered that the Clerk's record is incomplete. Defendants' current deadline to submit their appellate brief is June 12, 2015, or nine days from the filing of this request. Because the deadline is quickly approaching, Defendants now respectfully request that the following documents be supplemented on an expedited basis:

20035648v.1

| Image No. | Document | Date | Pgs |
|---|---|---|---|
| 62536521 | Judgment (Signed) for Plaintiff on Jury Verdict<br><br>Order Signed Awarding Attorney Fees | 9/29/2014 | 4 |
| 53478549 | Signed Charge of the Court | 9/25/2012 | 18 |

**Respectfully submitted,**

**SEYFARTH SHAW LLP**

*/s/  Emma C. Mata*
Emma C. Mata
State Bar No. 24029470
700 Milam, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Telecopier: (713) 225-2340
emata@seyfarth.com

**WRIGHT & CLOSE LLP**

Wanda McKee Fowler
State Bar No. 13698700
Three Riverway, Suite 600
Houston, Texas 77056
(713) 572-4321
(713) 572-4320 (Fax)
fowler@wrightclose.com

20035648v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of June, 2015, a true and correct copy of the foregoing instrument was properly forwarded to counsel of record for Plaintiff in accordance with the Texas Rules of Civil Procedure, as follows:

| | |
|---|---|
| Lloyd E. Kelley | First Court of Appeals Clerk |
| THE KELLEY LAW FIRM | First Court of Appeals |
| 2726 Bissonnet, Ste. 240 PMB 12 | 301 Fannin Street |
| Houston, Texas 77005 | Houston, Texas 77002 |
| (281) 652-5973 - fax | |
| **Attorney for Plaintiff** | |

*/s/ Emma C. Mata*
Emma C. Mata

20035648v.1

# Exhibit A

CAUSE NO. 2009-04966

| | | |
|---|---|---|
| MARC JAN LEVESCONTE | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| ENSIGN SERVICES, L.L.C. | § | |
| (f/k/a FE SERVICES, L.L.C.), | § | |
| d/b/a FOXXE ENERGY SERVICES, L.L.C., | § | |
| FE SERVICES HOLDINGS, INC., and | § | |
| JAMES STEWART | § | |
| | § | |
| Defendants. | § | 333rd JUDICIAL DISTRICT |

## DEFENDANTS' REQUEST FOR CLERK'S RECORD

On December 23, 2014, Defendants Ensign Services, L.L.C. (f/k/a FE Services, L.L.C.),[1]

FE Services Holdings, Inc., and James Stewart (collectively, "Defendants") filed a Notice of

Appeal pursuant to Texas Rule of Appellate Procedure 25.1.  On December 31, 2014,

Defendants received notice from the First Court of Appeals that the clerk's record is due to be

filed with the First Court of Appeals on or before **January 27, 2015**.  Defendants request that in

addition to those items required by Texas Rule of Appellate Procedure 34.5(a)(1)–(11), the

following documents be included in the Clerk's record:

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 63589800 | SUPERSEADAS BOND | 12/19/2014 | 6 |

---

[1] Defendants object to the trial court's naming, in the Final Judgment and case style, of Ensign Services, L.L.C. as "f/k/a FE Services, LLC" "d/b/a Foxxe Energy Services, LLC," as both legally and factually erroneous.  Without waiving any arguments concerning these or other errors, this Notice of Appeal is also brought on behalf of both Ensign Services, L.L.C. and FE Services L.L.C. to the extent that either entity is a Defendant named in the Final Judgment or the underlying Jury Verdict.

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 63455747 | Plaintiff's Response To Defendants' Motion For New Trial And Post-Judgment Motion To Disregard Certain Jury Findings And To Vacate Award Of Award Of Attorney's Fees And Plaintiff's Request For Nunc Pro Tunc Or In Alternative Request To Reconsider | 12/10/2014 | 27 |
| 3455748 | Tab 1 | 12/10/2014 | 20 |
| 3455749 | Tab 2 | 12/10/2014 | 5 |
| 3455750 | Tab 3 | 12/10/2014 | 132 |
| 3455751 | Tab 4 | 12/10/2014 | 141 |
| 3455752 | Tab 5 | 12/10/2014 | 3 |
| 3455753 | Tab 6 | 12/10/2014 | 212 |
| 63455754 | Tab 7 | 12/10/2014 | 343 |
| 63289893 | Notice of Oral Hearing | 11/24/2014 | 2 |
| 62976643 | Defendants Motion for New Trial | 10/29/2014 | 96 |
| | Defendants Motion for New Trial | 10/29/2014 | |
| 62976645 | Exhibit A - Timeline | 10/29/2014 | 1 |
| 62976646 | Exhibit B - Stockholders Agreement | 10/29/2014 | 19 |
| 62976648 | Exhibit C - Plaintiffs Responses and Objections to | 10/29/2014 | 12 |
| 62976649 | Exhibit D - Jury Panel List | 10/29/2014 | 12 |
| 62976651 | Exhibit E - Affidavit of Emma C. Mata | 10/29/2014 | 2 |
| 62976653 | Proposed Order Granting Defendants Motion for New Trial | 10/29/2014 | 2 |
| 62976808 | Defendants' Post-Judgment Motion to Disregard Certain Jury Findings and to Vacate Award of Attorneys' Fees | 10/29/2014 | 71 |
| 62976809 | Exhibit A | 10/29/2014 | 1 |
| 62976810 | Exhibit B | 10/29/2014 | 5 |
| 62976811 | Exhibit C | 10/29/2014 | 19 |
| 62976812 | Exhibit D | 10/29/2014 | 12 |
| 62976813 | Exhibit E | 10/29/2014 | 51 |
| 62976814 | Proposed final judgment | 10/29/2014 | 3 |
| 60914962 | Defendant's Brief Letter | 05/22/2014 | 4 |
| 60914963 | Defendant's Timeline | 05/22/2014 | 1 |

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 60871318 | Defendants' Objection And Motion To Strike | 05/20/2014 | 3 |
| 60871319 | Exhibit A | 05/20/2014 | 1 |
| 60871320 | Exhibit B | 05/20/2014 | 2 |
| 60871322 | Proposed Order | 05/20/2014 | 1 |
| 54523161 | Plaintiff Marc Jan LeVesconte's Supplemental Response to Defendants' Renewed Objection to Entry of Judgment and Motions to Disregard Jury Answers and to Enter Additional Findings | 01/24/2013 | 11 |
| 54523166 | Exhibit O to Plaintiff Marc Jan LeVesconte's Supplemental Response to Defendants' Renewed Objection to Entry of Judgment and Motions to Disregard Jury Answers and to Enter Additional Findings | 01/24/2013 | 137 |
| 54523167 | Exhibit P-Z to Plaintiff Marc Jan LeVesconte's Supplemental Response to Defendants' Renewed Objection to Entry of Judgment and Motions to Disregard Jury Answers and to Enter Additional Findings | 01/24/2013 | 99 |
| 54523162 | Exhibit-Timeline of Events | 01/24/2013 | 1 |
| 54523165 | Exhibits A-N to Plaintiff Marc Jan LeVesconte's Supplemental Response to Defendants' Renewed Objection to Entry of Judgment and Motions to Disregard Jury Answers and to Enter Additional Findings | 01/24/2013 | 94 |
| 54526787 | Defendant's Reply to Plaintiff's Response to Renewed Objection to Entry of Judgment and Motions to Disregard Jury Answers and to Enter Additional Findings | 01/24/2013 | 40 |
| 54526804 | 12-13-12 Draft Hearing Excerpts | 01/24/2013 | 32 |
| 54526807 | Demonstrative 8 | 01/24/2013 | 1 |
| 54526789 | Exhibit A | 01/24/2013 | 5 |
| 54526792 | Exhibit B | 01/24/2013 | 19 |
| 54526795 | Exhibit C | 01/24/2013 | 12 |
| 54526805 | Plaintiff's Exhibits (Exhibits 16, 23, 144, 153) | 01/24/2013 | 8 |
| 54526803 | Reporters Record (Closing Argument of Counsel) - 9-25-2012 | 01/24/2013 | 7 |

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 54526802 | Reporters Record (Direct Verdict) - Trial Excepts 9-19-12 | 01/24/2013 | 9 |
| 54526799 | Reporters Record - Trial Excepts 9-19-12 | 01/24/2013 | 32 |
| 54526800 | Reporters Record - Trial Excepts 9-20-12 | 01/24/2013 | 13 |
| 54526801 | Reporters Record - Trial Excepts 9-24-12 | 01/24/2013 | 8 |
| 54526797 | Reporters Record Trail Excerpts 9-18-12 | 01/24/2013 | 25 |
| 54158312 | Plaintiff Marc Jan LeVesconte's Response to Defendants' Renewed Objection to Entry of Judgment and Motions to Disregard Jury Answers and to Enter Additional Findings | 12/10/2012 | 17 |
| 54167313 | Exhibit A | 12/10/2012 | 13 |
| 54167315 | Exhibit B | 12/10/2012 | 37 |
| 54167318 | Exhibit C | 12/10/2012 | 16 |
| 54167319 | Exhibit D | 12/10/2012 | 7 |
| 54167320 | Exhibit E | 12/10/2012 | 20 |
| 54167321 | Exhibit F | 12/10/2012 | 5 |
| 54167322 | Exhibit G | 12/10/2012 | 19 |
| 54167323 | Exhibit H | 12/10/2012 | 2 |
| 54158314 | Plaintiff's Proposed Final Judgment | 12/10/2012 | 4 |
| 54083431 | Letter Brief to Judge Halbach re Defendants' Renewed Objection to Entry of Judgment | 12/03/2012 | 2 |
| 54091890 | ORDER SIGNED DENYING ATTORNEY FEES | 12/03/2012 | 1 |
| 54075266 | Defendants' Renewed Objection To Entry of Judgment and Motions to Disregard Jury Answers and To Enter Additional Findings | 11/30/2012 | 44 |
| 54084343 | Defendants Trial Exhibit 1 | 11/30/2012 | 13 |
| 54084344 | Defendants Trial Exhibit 144 | 11/30/2012 | 5 |
| 54084345 | Defendants Trial Exhibit 153 | 11/30/2012 | 3 |
| 54084336 | September 18, 2012 trial testimony excerpts | 11/30/2012 | 15 |
| 54084337 | September 19, 2012 trial testimony excerpts | 11/30/2012 | 27 |
| 54084338 | September 20, 2012 trial testimony excerpts | 11/30/2012 | 7 |

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 54084339 | September 24, 2012 Trial Testimony Excerpts | 11/30/2012 | 5 |
| 54084342 | September 25, 2012 Closing Arguments Excerpts | 11/30/2012 | 2 |
| 54084340 | September 25, 2012 Directed Verdict Motions Excerpts | 11/30/2012 | 6 |
| 54084341 | September 25, 2012 Formal Charge Conference Excerpts | 11/30/2012 | 4 |
| 54011009 | Proposed Order Granting Defendants' Motion to Strike LeVesconte's Application for Appellate Fees | 11/26/2012 | 1 |
| 54010921 | Letter to Judge Halbach | 11/26/2012 | 2 |
| 53982082 | LeVesconte's Response to Defendants newly filed objections and Motion to Disregard the Jury Answers | 11/20/2012 | 4 |
| 53968229 | Defendants' Objection to Entry of Judgment and Motion to Disregard Jury Answers | 11/16/2012 | 19 |
| 53804155 | Plaintiff's Objection and Response to Defendants' Motion to Strike and Objection to Plaintiff's Application for Attorneys' Fees | 10/31/2012 | 29 |
| 53747796 | Plaintiffs Proposed Final Judgment | 10/25/2012 | 9 |
| 53632858 | Defendants' Motion to Strike and Objections to LeVesconte' s Application for Appellate Fees | 10/12/2012 | 5 |
| 53632859 | Exhibit A | 10/12/2012 | 5 |
| 53609873 | LeVesconte's Application for Appellate Fees | 10/10/2012 | 2 |
| 53609875 | Affidavit | 10/10/2012 | 2 |
| 53609874 | Proposed Order | 10/10/2012 | 2 |
| 53582789 | Defendants' Response, Objections, and Evidence in Opposition to LeVesconte' s Application for Attorney's Fees | 10/08/2012 | 21 |
| 53584509 | Exhibit A | 10/08/2012 | 18 |
| 53584510 | Exhibit B | 10/08/2012 | 12 |
| 53529220 | LeVesconte's Application for Attorney's Fees | 10/01/2012 | 2 |
| 53529277 | Affidavit | 10/01/2012 | 11 |
| 53529276 | Proposed Order | 10/01/2012 | 1 |
| 53463319 | LeVesconte's Motion to Amend the Style of the Case and to Amend the Name of FE Services, LLC. | 09/26/2012 | 4 |
| 53462505 | Jury Notes | 09/25/2012 | 1 |
| 53462506 | Jury Notes | 09/25/2012 | 1 |

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 53462508 | Jury Notes | 09/25/2012 | 1 |
| 53462510 | Jury Notes | 09/25/2012 | 1 |
| 53462519 | Defendant FE Services LLC, FE Services Holdings, Inc. and James C. Stewarts Supplemental Motion for Directed Verdict | 09/25/2012 | 19 |
| 53462521 | Proposed Order | 09/25/2012 | 1 |
| 53436353 | LeVesconte's Second Amended Proposed Jury Charge | 09/24/2012 | 25 |
| 53406167 | deputy reporter statement | 09/19/2012 | 1 |
| 53365563 | Defendants FE Services, LLC, FE Services Holdings Inc. and James C. Stewarts Amended Exhibit List | 09/16/2012 | 6 |
| 53365568 | LeVesconte's Motion in Limine | 09/16/2012 | 3 |
| 53361623 | Defendants FE Services LLC FE Services Holdings Inc. and James C. Stewarts Supplemental Motion in Limine | 09/14/2012 | 11 |
| 53361624 | Proposed Order | 09/14/2012 | 5 |
| 53350965 | Defendants Response to Plaintiff Objections to Defendants Summary Judgment Evidence | 09/13/2012 | 4 |
| 53350980 | Exhibit A | 09/13/2012 | 26 |
| 53350981 | Exhibit B | 09/13/2012 | 20 |
| 53350982 | Proposed Order | 09/13/2012 | 1 |
| 53350979 | Defendants' Combined Objection to Plaintiff 5th Supplemental Responses to Defendants Motion for Summary Judgment and Reply to Plaintiff 4th Supplemental Response to Defendants Motion for Summary Judgment | 09/13/2012 | 25 |
| 53316655 | Plaintiffs Fifth Supplemental Response to Defendants' Motion for Summary Judgment | 09/10/2012 | 1 |
| 53316656 | Exhibit B | 09/10/2012 | 8 |
| 53284467 | Plaintiff Marc Jan LeVesconte's Party/Attorney List | 09/07/2012 | 2 |
| 53284468 | Plaintiff Marc Jan LeVesconte's Witness List | 09/07/2012 | 3 |
| 53284469 | Plaintiff's Exhibit List | 09/07/2012 | 3 |
| 53288668 | Plaintiffs Fourth Supplemental Response to Defendants Motion for Summary Judgment | 09/07/2012 | 22 |
| 53288671 | Exhibit C | 09/07/2012 | 1 |

6

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 53288670 | Proposed Order Denying Defendants' Motion For Partial Summary Judgment | 09/07/2012 | 1 |
| 53288669 | Proposed Order Granting Plaintiff's Objections And Denying Defendants' Motion For Summary Judgment | 09/07/2012 | 1 |
| 53060224 | Defendants Fe Services, LLC, Fe Services Holdings, Inc. and James C. Stewart's Combined Traditional and No-Evidence Motion for Summary Judgment | 08/13/2012 | 33 |
| 53060223 | Defendants Motion for Summary Judgment Index | 08/13/2012 | 1 |
| 53060321 | Exhibit A | 08/13/2012 | 12 |
| 53060322 | Exhibit B | 08/13/2012 | 1 |
| 53060323 | Exhibit C | 08/13/2012 | 5 |
| 53060324 | Exhibit D | 08/13/2012 | 3 |
| 53060325 | Exhibit E | 08/13/2012 | 3 |
| 53060326 | Exhibit F | 08/13/2012 | 1 |
| 53060327 | Exhibit G | 08/13/2012 | 1 |
| 53060328 | Exhibit H | 08/13/2012 | 1 |
| 53060329 | Exhibit I | 08/13/2012 | 4 |
| 53060330 | Exhibit J | 08/13/2012 | 1 |
| 53060331 | Exhibit K | 08/13/2012 | 1 |
| 53060332 | Exhibit L | 08/13/2012 | 5 |
| 53060333 | Exhibit M | 08/13/2012 | 6 |
| 53049260 | Notice of Oral Hearing | 08/13/2012 | 2 |
| 53049259 | Proposed Order | 08/13/2012 | 1 |
| 53030146 | Notice of Oral Hearing | 08/10/2012 | 2 |
| 53023385 | Defendant FE Services, LLC's Motion to Re-urge Defendant's Motion to Compel Discovery Responses | 08/09/2012 | 3 |
| 53023386 | Exhibit A | 08/09/2012 | 32 |
| 52896840 | Defendants FE Services , LLC, FE Services Holdings, Inc. and James C. Stewart's Exhibit | 07/26/2012 | 3 |
|  | List |  |  |
| 52896841 | FE Services , LLC, FE Services Holdings, Inc. and James C. Stewart's Trial Scheduling Memorandum | 07/26/2012 | 2 |

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 52896842 | Defendants FE Services , LLC, FE Services Holdings, Inc. and James C. Stewart's Proposed Jury Submission and Questions | 07/26/2012 | 12 |
| 52896843 | Defendants FE Services , LLC, FE Services Holdings, Inc. and James C. Stewart's Party/Attorney List | 07/26/2012 | 2 |
| 52896844 | Defendants FE Services , LLC, FE Services Holdings, Inc. and James C. Stewart's Witness List | 07/26/2012 | 4 |
| 52884083 | Defendants FE Services LLC FE Services Holdings, Inc. and James C. Stewarts Motion in Limine | 07/25/2012 | 10 |
| 52884084 | Proposed Order | 07/25/2012 | 5 |
| 52833946 | Defendants' Response to Plaintiff's Supplemental Motion For Nunc Pro Tunc or in the Alternative Motion to Reconsider | 07/19/2012 | 14 |
| 52832198 | Exhibits to Defendants' Response to Plaintiff's Supplemental Motion Nunc Pro Tunc | 07/19/2012 | 128 |
| 52833947 | Proposed Order | 07/19/2012 | 1 |
| 52814655 | Plaintiffs Supplemental Motion for Nunc Pro Tunc or in the Alternative Motion to Reconsider and Reply to Defendants Verified Response | 07/18/2012 | 18 |
| 52814657 | Exhibit A | 07/18/2012 | 3 |
| 52814658 | Exhibit B | 07/18/2012 | 23 |
| 52814659 | Exhibit C | 07/18/2012 | 2 |
| 52814660 | Exhibit D | 07/18/2012 | 1 |
| 52814661 | Exhibit E | 07/18/2012 | 1 |
| 52814662 | Exhibit F | 07/18/2012 | 1 |
| 52814663 | Exhibit G | 07/18/2012 | 22 |
| 52814664 | Exhibit H | 07/18/2012 | 1 |
| 52814665 | Exhibit I | 07/18/2012 | 2 |
| 52814666 | Exhibit J | 07/18/2012 | 5 |
| 52814667 | Exhibit K | 07/18/2012 | 1 |
| 52814668 | Exhibit L | 07/18/2012 | 1 |
| 52814656 | Proposed order | 07/18/2012 | 1 |

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 52765799 | Defendants' Verified Response to Plaintiff's Motion for Nunc Pro Tunc or in the Alternative Motion to Reconsider and Motion for Attorney's Fees and Costs | 07/13/2012 | 15 |
| 52765800 | Exhibit A | 07/13/2012 | 9 |
| 52765802 | Exhibit B | 07/13/2012 | 111 |
| 52765805 | Exhibit C | 07/13/2012 | 5 |
| 52765807 | Exhibit D | 07/13/2012 | 7 |
| 52765809 | Exhibit E | 07/13/2012 | 21 |
| 52765812 | Exhibit F | 07/13/2012 | 5 |
| 52765813 | Exhibit G | 07/13/2012 | 27 |
| 52765814 | Exhibit H | 07/13/2012 | 13 |
| 52765815 | Exhibit I | 07/13/2012 | 12 |
| 52765816 | Exhibit J | 07/13/2012 | 3 |
| 52765817 | Exhibit K | 07/13/2012 | 7 |
| 52765819 | Exhibit L | 07/13/2012 | 7 |
| 52765820 | Exhibit M | 07/13/2012 | 5 |
| 52765821 | Exhibit N | 07/13/2012 | 4 |
| 52765822 | Proposed Order | 07/13/2012 | 1 |
| 52765972 | Amended Certificate of Service | 07/13/2012 | 1 |
| 52787523 | Plaintiff's Motion For Nunc Pro Tunc Or In The Alternative Motion To Reconsider | 07/10/2012 | 3 |
| 52315314 | Defendants' Motion to Sever | 05/24/2012 | 4 |
| 52326710 | Exhibit A | 05/24/2012 | 3 |
| 52326711 | Exhibit B | 05/24/2012 | 6 |
| 52315316 | Proposed Order | 05/24/2012 | 1 |
| 52110353 | Defendants FE services LLC, FE services Holdings, Inc. and James C. Stewarts Reply in Support of their No-Evidence Motion for Summary Judgment | 05/03/2012 | 4 |
| 52110354 | Exhibit A | 05/03/2012 | 22 |

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 52055075 | Plaintiff's Supplemental Response To Plaintiff's Third Responses To Defendants' Motion For Summary Judgment And Motion For Continuance To Response To Summary Judgment | 04/27/2012 | 4 |
| 52031468 | Plaintiff's Third Response To Defendants' Motion For Summary Judgment And Motion For Continuance To Response To Summary Judgment | 04/25/2012 | 12 |
| 51819275 | Defendants FE Services, LLC, FE Services Holdings, Inc. and James C. Stewart's No-Evidence Motion for Summary Judgment | 04/03/2012 | 4 |
| 51398984 | ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED | 02/17/2012 | 3 |
| 51076262 | Defendants FE Services, LLC, FE Services Holdings, Inc. and James C. Stewart's Motion for Entry of Motion for Summary Judgment Order | 01/18/2012 | 4 |
| 51076263 | Exhibit A | 01/18/2012 | 107 |
| 51084435 | Exhibit B | 01/18/2012 | 24 |
| 51084436 | Exhibit C | 01/18/2012 | 6 |
| 51084437 | Exhibit D | 01/18/2012 | 1 |
| 51084438 | Exhibit E | 01/18/2012 | 3 |
| 50051622 | ORDER OF PARTIAL NONSUIT SIGNED | 09/23/2011 | 2 |
| 49826900 | ORDER GRANTING LEAVE TO FILE PLEADING SIGNED | 08/31/2011 | 1 |
| 49622611 | Cover Letter to Judge Halbach | 08/12/2011 | 2 |
| 49622613 | Proposed Order Granting Defendants' Motion for Leave | 08/12/2011 | 1 |
| 49622616 | Proposed Order Granting FE Services, LLC, FE Services Holdings, Inc. and James C. Stewart's Combined Traditional and No-Evidence Motion for Summary Judgment In Part | 08/12/2011 | 3 |
| 49601834 | Defendants FE Services, LLC, FE Services Holdings, Inc. and James C. Stewart's Reply to Plaintiff's Response to Defendants' Motion to Compel Discovery | 08/11/2011 | 4 |

10

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 49601853 | Defendants FE Services, LLC FE Services Holdings Inc. and James C. Stewart Combined Objections to Plaintiff's Response and Supplemental Response to Defendants' Motion for Summary Judgment and Reply to Plaintiff's Responses to Defendants' Motion for Summary Judgment | 08/11/2011 | 21 |
| 49601858 | Proposed Order | 08/11/2011 | 1 |
| 49605145 | Defendants FE Services, LLC, FE Services Holdings, Inc. and James C. Stewart's Response to Plaintiff's Objections to Defendants' Summary Judgment Evidence | 08/11/2011 | 6 |
| 49605147 | Proposed Order | 08/11/2011 | 2 |
| 49593915 | Plaintiff's Response to Defendants' Motion to Compel Discovery | 08/10/2011 | 4 |
| 49566396 | Affidavit of Marc Jan LeVesconte | 08/08/2011 | 2 |
| 49566950 | Plaintiff's Supplemental Response to Defendants' Motion for Summary Judgment | 08/08/2011 | 4 |
| 49553783 | Plaintiffs Response to Defendants' Motion for Summary Judgment | 08/05/2011 | 16 |
| 49553785 | Exhibits | 08/05/2011 | 3 |
| 49371917 | Defendants FE Services, LLC, FE Services Holdings, Inc. and James C. Stewart's Combined Traditional and No-Evidence Motion for Summary Judgment | 07/19/2011 | 23 |
| 49378317 | Exhibit A | 07/19/2011 | 12 |
| 49378319 | Exhibit B | 07/19/2011 | 1 |
| 49378320 | Exhibit C | 07/19/2011 | 5 |
| 49378321 | Exhibit D | 07/19/2011 | 3 |
| 49378322 | Exhibit E | 07/19/2011 | 3 |
| 49378323 | Exhibit F | 07/19/2011 | 1 |
| 49378324 | Exhibit G | 07/19/2011 | 1 |
| 49378325 | Exhibit H | 07/19/2011 | 1 |
| 49378326 | Exhibit I | 07/19/2011 | 4 |
| 49378327 | Exhibit J | 07/19/2011 | 1 |
| 49378328 | Exhibit K | 07/19/2011 | 1 |
| 49378329 | Exhibit L | 07/19/2011 | 5 |

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 49378330 | Exhibit M | 07/19/2011 | 6 |
| 49378331 | Exhibit M-A | 07/19/2011 | 12 |
| 49378332 | Exhibit M-B | 07/19/2011 | 1 |
| 49378333 | Exhibit M-C | 07/19/2011 | 5 |
| 49378334 | Exhibit M-D | 07/19/2011 | 3 |
| 49378335 | Exhibit M-E | 07/19/2011 | 3 |
| 49378336 | Exhibit M-F | 07/19/2011 | 1 |
| 49378337 | Exhibit M-G | 07/19/2011 | 1 |
| 49378338 | Exhibit M-H | 07/19/2011 | 1 |
| 49378339 | Exhibit M-I | 07/19/2011 | 4 |
| 49378340 | Exhibit M-J | 07/19/2011 | 1 |
| 49378341 | Exhibit M-K | 07/19/2011 | 1 |
| 49371921 | Notice of Hearing | 07/19/2011 | 2 |
| 49371919 | Proposed Order | 07/19/2011 | 1 |
| 49373457 | Defendants FE Services, LLC, FE Services Holdings, Inc. and James C. Stewart's Motion for Leave to File Combined Traditional and No-Evidence Motion for Summary Judgment | 07/19/2011 | 3 |
| 49373458 | Proposed Order | 07/19/2011 | 1 |
| 49335096 | James C. Stewarts first Amended Answer to Marc Jan LeVesconte's first Amended Counterclaim | 07/15/2011 | 3 |
| 49335101 | FE Services, LLC's second Amended Answer to Marc Jan LeVesconte's first Amended Counterclaim | 07/15/2011 | 3 |
| 49335290 | Defendant FE Services Holdings, Inc.'s First Amended Answer to Marc Jan LeVesconte's First Amended Counterclaim | 07/15/2011 | 3 |
| 48766481 | FE Services Holdings, Inc.'s Original Answer to Marc Jan LeVesconte's First Amended Counterclaim | 05/17/2011 | 2 |
| 48343520 | Defendant FE Services, LLC's First Amended Answer | 04/04/2011 | 2 |
| 48343596 | James Stewarts Original Answer to March Jan LeVesconte's First Amended Counterclaim | 04/04/2011 | 3 |
| 48199058 | Marc Jan LeVesconte' s First Amended Counterclaim | 03/14/2011 | 5 |
| 47800101 | ORDER SIGNED REALIGNING PARTIES | 02/09/2011 | 1 |

18784228v.1

| Image Number | Document | Date | Pgs |
|---|---|---|---|
| 47741636 | Defendants First Supplemental Counterclaim | 01/31/2011 | 5 |
| 47529135 | Defendant LeVesconte's Motion to Realign Parties | 01/18/2011 | 3 |
| 47503890 | Plaintiffs Notice of Nonsuit | 01/14/2011 | 2 |
| 47519590 | Counter Defendant FE Services, LLC's Answer to Counter Plaintiff Marc Jan LeVesconte's Counter-Claim | 01/14/2011 | 2 |
| 41485094 | Answer to Plaintiff's Original Petition and Defendant's Counterclaim and Jury Trial Request for Disclosure | 03/17/2009 | 3 |

**Respectfully submitted,**

**SEYFARTH SHAW LLP**

*/s/ Emma C. Mata*
Emma C. Mata
State Bar No. 24029470
700 Milam, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Telecopier: (713) 225-2340
emata@seyfarth.com

**WRIGHT & CLOSE LLP**

Wanda McKee Fowler
State Bar No. 13698700
Three Riverway, Suite 600
Houston, Texas 77056
(713) 572-4321
(713) 572-4320 (Fax)
fowler@wrightclose.com

18784228v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2015, a true and correct copy of the foregoing instrument was properly forwarded to counsel of record for Plaintiff in accordance with the Texas Rules of Civil Procedure, as follows:

Lloyd E. Kelley
THE KELLEY LAW FIRM
2726 Bissonnet, Ste. 240 PMB 12
Houston, Texas 77005
(281) 652-5973 - fax
**Attorney for Plaintiff**

*/s/ Emma C. Mata*
Emma C. Mata

14

18784228v.1

# Exhibit B

**FILE COPY**



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

March 13, 2015

RE:   Case No. 01-14-01026-CV

Style:  Ensign Services, L.L.C. (f/k/a Fe Services, L.L.C.), Fe Services Holdings
Inc., and James Stewart
       v.  Marc Jan  Levesconte

On **Thursday, March 12, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record.  Tex. R. App. P. 34.5(c).  **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 2009-04966           Christopher A. Prine, Clerk of the Court

Tiffani  Yeates
Substitute Court Reporter
PO Box 517
Deer Park, TX  77536
*DELIVERED VIA E-MAIL*



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

March 13, 2015

RE:   Case No. 01-14-01026-CV

Style:  Ensign Services, L.L.C. (f/k/a Fe Services, L.L.C.), Fe Services Holdings
Inc., and James Stewart
       v.  Marc Jan  Levesconte

On **Thursday, March 12, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record.  Tex. R. App. P. 34.5(c).  **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 2009-04966           Christopher A. Prine, Clerk of the Court

Lloyd  Kelley
The Kelley Law Firm
2726 Bissonnet #240 Pmb#12
Houston, TX  77005
*DELIVERED VIA E-MAIL*

FILE COPY



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

March 13, 2015

     RE:   Case No. 01-14-01026-CV

Style:  Ensign Services, L.L.C. (f/k/a Fe Services, L.L.C.), Fe Services Holdings
Inc., and James Stewart
       v.  Marc Jan  Levesconte

     On **Thursday, March 12, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record.  Tex. R. App. P. 34.5(c).  **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 2009-04966         Christopher A. Prine, Clerk of the Court

---

                  Emma  Mata
                  Seyfarth Shaw LLP
                  700 Milam St, Ste 1400
                  Houston, TX  77002
                  *DELIVERED VIA E-MAIL*



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

March 13, 2015

     RE:   Case No. 01-14-01026-CV

Style:  Ensign Services, L.L.C. (f/k/a Fe Services, L.L.C.), Fe Services Holdings
Inc., and James Stewart
       v.  Marc Jan  Levesconte

     On **Thursday, March 12, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record.  Tex. R. App. P. 34.5(c).  **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 2009-04966         Christopher A. Prine, Clerk of the Court

---

                  Court Reporter  333rd District Court
                  201 Caroline, 14th Fl
                  Houston, TX  77002
                  *DELIVERED VIA E-MAIL*

**FILE COPY**



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

March 13, 2015

     RE:   Case No. 01-14-01026-CV

Style: Ensign Services, L.L.C. (f/k/a Fe Services, L.L.C.), Fe Services Holdings
Inc., and James Stewart
       v. Marc Jan Levesconte

     On **Thursday, March 12, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record. Tex. R. App. P. 34.5(c). **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 2009-04966        Christopher A. Prine, Clerk of the Court

        The Honorable Chris Daniel
        Harris County District Clerk - Civil
        201 Caroline, Ste 420
        Houston, TX 77002
        *DELIVERED VIA E-MAIL*



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

March 13, 2015

     RE:   Case No. 01-14-01026-CV

Style: Ensign Services, L.L.C. (f/k/a Fe Services, L.L.C.), Fe Services Holdings
Inc., and James Stewart
       v. Marc Jan Levesconte

     On **Thursday, March 12, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record. Tex. R. App. P. 34.5(c). **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 2009-04966        Christopher A. Prine, Clerk of the Court

        The Honorable Chris Daniel
        Harris County District Clerk - Civil
        201 Caroline, Ste 420
        Houston, TX 77002
        *DELIVERED VIA E-MAIL*